Decided April 22, 1996

## STATE OF CONNECTICUT *v.* DAVID MORALES

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 935 (AC 14243), is granted, limited to the following issues:

"1. Does General Statutes § 46b-127 authorize a conviction for manslaughter of a child who was validily transferred to the regular criminal docket to stand trial for murder?

"2. If the statute authorizes such a conviction, does the statute violate the child's constitutional rights to equal protection or due process?"

The Supreme Court docket number is SC 15405.

*Patricia A. King*, in support of the petition.

*Timothy J. Sugrue*, executive assistant state's attorney, in opposition.

Decided April 22, 1996